# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1588, 13-1589, 14-1112, 14-1687

**CONTENT EXTRACTION AND TRANSMISSION LLC,**
*Plaintiff-Appellant,*

v.

**WELLS FARGO BANK, NATIONAL ASSOCIATION,**
*Defendant-Appellee,*

**THE PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A.,**
*Defendants-Appellees.*

-------------------------------------------------------------

**DIEBOLD, INCORPORATED,**
*Plaintiff-Counterdefendant-Cross Appellant,*

v.

**CONTENT EXTRACTION AND TRANSMISSION LLC,**
*Defendant-Counterplaintiff-Appellant,*

**MITCHELL MEDINA, CATHERINE ELIAS, JEAN-MARC ZIMMERMAN,**
*Defendants,*

**JOHN DOE COMPANIES 1-100, JOHN DOE COMPANIES 1-99, TD BANK GROUP, TD BANK, N.A.,**
*Third-Party Defendants.*

Appeal from the United States District Court for the District of New Jersey in case no. 12-CV-2501, 12-CV-6960 United States District Judge Michael A. Shipp

## MANDATE

In accordance with the judgment of this Court, entered December 23, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court